ACCEPTED
03-14-00616-CR
6687694
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/27/2015 3:59:29 PM
JEFFREY D. KYLE
CLERK

**HARRELL, STOEBNER & RUSSELL, P.C.**
*Attorneys at Law*

**W. RANDY HARRELL**
**ERIC STOEBNER**
**MIKE RUSSELL**
**JUSTIN SMITH**
**BRITTANY DARBY**
**TAD ALLEN**

**2106 Bird Creek Drive**
**Temple, Texas 76502**
**Phone 254-771-1855**
**Fax 254-771-2082**
**www.templelawoffice.com**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/27/2015 3:59:29 PM

JEFFREY D. KYLE
Clerk

August 27, 2015

Jeffrey D. Kyle
Clerk, 3rd District Court of Appeals
PO Box 12547
Austin, Texas 78711

**VIA EFILING**

Re: Rule 48.4 Letter for *Alexis Marie Ireland v. State*; Cause Nos. 03-14-00615-CR and 03-14-00616-CR

Dear Mr. Kyle:

I sent Ms. Ireland copies of the Court's opinions and judgments by certified mail, return receipt requested. Enclosed is a copy of the green card for purposes of Rule 48.4.

Please let me know if you have any questions.

Best,

/s/ Justin Bradford Smith
Justin Bradford Smith

Enclosure
Cc: Bob Odom (via email: DistrictAttorney@co.bell.tx.us)

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ⎯ Shaun Benson

☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

1. Article Addressed to:

Alexis Marie Ireland
TDSC 01950198
SID 08743686
904 FM 686
Dayton, TX 77353

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7014 2870 0000 5062 3669

PS Form 3811, July 2013          Domestic Return Receipt